## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: ESTATE OF EVELYN F. SCHERMER, DECEASED | : No. 464 WAL 2019 <br> : <br> : <br> : Petition for Allowance of Appeal |
| PETITION OF: MARC A. SCHERMER | : from the Order of the Superior Court |
| IN RE: ESTATE OF EVELYN F. SCHERMER, DECEASED | : No. 465 WAL 2019 <br> : <br> : <br> : Petition for Allowance of Appeal |
| PETITION OF: MARC A. SCHERMER | : from the Order of the Superior Court |
| IN RE: ESTATE OF EVELYN F. SCHERMER, DECEASED | : No. 466 WAL 2019 <br> : <br> : <br> : Petition for Allowance of Appeal |
| PETITION OF: MARC A. SCHERMER | : from the Order of the Superior Court |
| IN RE: ESTATE OF EVELYN F. SCHERMER, DECEASED | : No. 467 WAL 2019 <br> : <br> : <br> : Petition for Allowance of Appeal |
| PETITION OF: MARC A. SCHERMER | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.